954

No. 72–1260.  McCune v. Nebraska.  Sup. Ct. Neb. Motion to dispense with printing petition granted.  Certiorari denied.